```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 06 B 02079
    KAREN C PIGNATARO
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-8145
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/06/06 and confirmed on 05/05/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  21265.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| A J SMITH FEDERAL SAVING | CURRENT MORTG | .00 | .00 | .00 |
| A J SMITH FEDERAL SAVING | MORTGAGE ARRE | 1810.41 | .00 | 1810.41 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 7151.00 | 667.79 | 7151.00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL DUPAGE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 251.24 | 5.88 | 251.24 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 725.06 | 16.94 | 725.06 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| METROPOLITAN COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| MITCHELL N KAY | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | 262.18 | 6.16 | 262.18 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| PIER I IMPORTS INC | UNSECURED | 185.13 | 4.34 | 185.13 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PREFERRED COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| RUSSEAU TEAM HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN FINANCIAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| STRATFORD INTERNAL MEDIC | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 669.40 | 15.68 | 669.40 |
| BENEFICIAL | UNSECURED | 1699.51 | 39.62 | 1699.51 |
| FORD MOTOR CREDIT CO | UNSECURED | 31.22 | .70 | 31.22 |

```
ROUNDUP FUNDING LLC          UNSECURED      1115.07         26.04        1115.07
ROUNDUP FUNDING LLC          UNSECURED       841.11         19.60         841.11
WORLD FINANCIAL NETWORK      UNSECURED       363.62          7.93         363.62
B LINE LLC                   UNSECURED       761.11         16.51         761.11
NICOR GAS                    UNSECURED      1311.31         28.47        1311.31
     Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8961.41          .00      8215.96         .00      17177.37
PRINCIPAL PAID      8961.41          .00      8215.96         .00      17177.37
INTEREST PAID        667.79          .00       187.87         .00        855.66
TOTAL PAID          9629.20          .00      8403.83         .00      18033.03
```

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $    3000.00
and was paid $    500.00   direct and $   2500.00   through the plan.

The Trustee received $    719.47 .

Refunds to the Debtor totaled $     12.50 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 11/15/07                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE